

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-17-00408-CV

NO LIMIT MOTOSPORTS, LLC,                                      APPELLANTS
CATHERINE BIANCO AND
CARMINE BIANCO

V.

AUTOMOTIVE FINANCE                                            APPELLEE
CORPORATION

------------

### FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY
### TRIAL COURT NO. 2017-002357-2

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On November 17, 2017, and December 7, 2017, we notified appellants in accordance with rule of appellate procedure 42.3(c) that we would dismiss this appeal unless the $205 filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellants have not paid the $205 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

---

[1]*See* Tex. R. App. P. 47.4.

Because appellants failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2015,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellants shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: MEIER, GABRIEL, and KERR, JJ.

DELIVERED: January 4, 2018

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation*, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).